■ JOHN P. MERGLER, Respondent, v CSX TRANSPORTATION, INC., Appellant. (Appeal No. 2.) [879 NYS2d 741]—Appeal from a judgment of the Supreme Court, Erie County (Joseph G. Makowski, J.), entered October 30, 2007 in a personal injury action. The judgment awarded plaintiff money damages upon a jury verdict.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see generally Karagiannis v New York State Thruway Auth.*, 209 AD2d 995 [1994]). Present—Martoche, J.P., Smith, Centra, Fahey and Pine, JJ.